| | |
|---|---|
| DOMINIC CANTALUPO | |
| California State Bar #163983 | |
| *Law Office Of Dominic Cantalupo* | |
|     233 Wilshire Boulevard 4th Floor | |
|     Santa Monica California 90401-1205 | |
|         (310) 397-2637 | |
|   Fax  (310) 388-6016 | |
|         dcantalupo@att.net | NOTE THE CHANGE MADE BY COURT |

Counsel For Defendant,
James C. Fallon

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 05-00544-SJO |
|       Plaintiff, | ) ORDER RE: ORDER SHORTENING |
|       v. | ) TIME RE: DEFENDANT'S MOTION |
| | ) FOR THE PRODUCTION OF |
| JAMES C. FALLON, | ) WITNESSES' STATEMENTS IN THE |
| | ) POSSESSION, CUSTODY, OR |
|       Defendant. | ) CONTROL OF THE UNITED STATES |
| | ) PROBATION OFFICE |
| | ) Proposed Date: February 25, 2008 |
| | ) Time: 10:00 a.m. |

For good cause shown:

    IT IS HEREBY ORDERED THAT the defendant's motion for the production of witness statements in the possession, custody or control of the United States Probation Officer shall be heard on February 25, 2008, at 10:00 a.m.

    IT IS HEREBY FURTHER ORDERED THAT the briefing schedule shall

be as follows:

| | |
|---|---|
| Motion Filing Date: | February 14, 2008 |
| Government's Opposition: | February 20, 2008 |
| Defendant's Reply, if any:       **(Change)** | **February 21, 2008.** |

Dated: February __14_, 2008

_____/S/_____
HON. S. JAMES OTERO,
UNITED STATES DISTRICT JUDGE